UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Bankruptcy No. 13 B 38246 |
| INVERNESS EQUITIES, LLC, | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |

## FINAL PRETRIAL ORDER
### RE: American Enterprise Bank's Motion to Modify the Automatic Stay (Docket No. 10)

*The following provisions will govern the future course of this proceeding. Failure to comply with the provisions of this order may result in waiver of claims or defenses, dismissal, default, exclusion or admission of evidence, or other sanction, as justice may require.*

Counsel for all parties are hereby ordered to confer and together prepare **and file** with the court on or before December 9, 2013, **a joint document** captioned "Pretrial Statement." The Pretrial Statement will contain the following information:

1. A brief statement of the theory of each claim and each defense;
2. A statement of stipulated facts in numbered paragraphs;
3. A statement in numbered paragraphs setting out the material facts in dispute;
4. Each party's list of witnesses with any objections noted, stating grounds; and
5. Each party's list of exhibits it plans to offer with objections noted, stating grounds.

On or before December 9, 2013, each party will provide all other parties a copy, and the court **two** copies, of all exhibits to be used at trial. Each exhibit shall be pre-marked, e.g., "Plaintiff's Exhibit 1." Any exhibit to which an objection is not raised in the Pretrial Statement will be received in evidence without an offer during the trial.

Trial/Evidentiary hearing is set for December 16, 2013 at 9:00 a.m. in Courtroom 619,

219 South Dearborn Street, Chicago, Illinois 60604.

ENTERED:

DATE: 26 NOV 2013

Donald R. Cassling
United States Bankruptcy Judge