**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| INVERNESS EQUITIES, LLC, ) | |
| ) | Case No. 13-38246 |
| Debtor. ) | |
| ) | The Honorable Donald Cassling |
| ) | |

**AGREED ORDER MODIFYING THE FINAL PRETRIAL ORDER ENTERED NOVEMBER 26, 2013**

THIS MATTER coming before this Court on an agreed order; the parties advise this court that Debtor and American Enterprise Bank have entered into settlement discussions and that the parties agree to reschedule the evidentiary hearing scheduled to begin on December 16, 2013, and that American Enterprise Bank represents to the court that they waive their rights under 11 U.S.C §362(e) until the earlier of January 28, 2014 or such time as American Enterprise Bank renews or renotices its pending motion, or files a new motion to modify stay.  The parties agree as follows:

1. The evidentiary hearing scheduled to begin on December 16, 2013 is stricken by agreement;

2. The motion to modify stay [Docket #10] is continued for status to January 28, 2014 at 10:00 a.m..

**AMERICAN ENTERPRISE BANK**

/s/ Jeffrey L. Gansberg
Much Shelist
191 N. Wacker Drive #1800
Chicago, IL 60606
312/521-2649 Telephone
312/521-2549 Facsimile
jgansberg@muchshelist.com

**INVERNESS EQUITIES, LLC**

/s/ Julia Jensen Smolka
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068
847/698-9600 Telephone
847/698-9623 Facsimile
jsmolka@dimontelaw.com

Dated: _____   Enter: _____
Honorable Donald R. Cassling
United States Bankruptcy Judge

Prepared by:
Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 W. Higgins Rd.
Park Ridge, IL 60068
Tel: (847) 698-9600
Fax: (847) 698-9623
Email: abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com