IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) Chapter 11 |
| INVERNESS EQUITIES, LLC, | ) |
| | ) Case No. 13-38246 |
| Debtor. | ) |
| | ) The Honorable Donald R. Cassling |
| | ) |
| | ) Hearing Date: February 18, 2014 |
| | ) Hearing Time: 10:00 a.m. |

## NOTICE OF APPLICATION

To:   See attached service list.

PLEASE TAKE NOTICE that on the 18th day of February, 2014, at 10:00 a.m. or as soon as counsel may be heard, I shall appear before the Honorable Judge Cassling in Room 619 of the United States Bankruptcy Court, 219 S. Dearborn Street, Chicago, Illinois, 60604, to then and there present **APPLICATION OF DI MONTE & LIZAK, LLC FOR APPROVAL OF FEES AND COSTS WITH SHORTENED NOTICE**, pursuant to which DiMonte & Lizak, LLC seeks interim compensation in the amount of $28,020.75 and attorneys' fees and expenses in the amount of $1,291.21, at which time you may appear if you see fit.

/s/ Julia Jensen Smolka

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that copies of this Notice and attachment were served to the above persons or entities, if service by mail was indicated above, via First-Class Mail at Park Ridge, Illinois, 60068, with proper postage prepaid, or served electronically by the Bankruptcy Court, before 5:00 p.m. on the 30th day of January, 2014.

/s/ Julia Jensen Smolka

Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz, #6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com

**In re Inverness Equities, LLC**
**Case No. 13-38246**
**Service List**

| VIA ECF | VIA FIRST-CLASS MAIL |
|---|---|
| Patrick Layng<br>Office of the United States Trustee<br>219 S. Dearborn Street #873<br>Chicago, IL 60604 | AMW & Associates<br>1606 Colonial Parkway<br>Inverness, IL 60067 |
| *American Enterprise Bank:*<br>Jeffrey L. Gansberg<br>Much Shelist<br>191 N. Wacker Drive #1800<br>Chicago, IL 60606<br>jgansberg@muchshelist.com | Annette Waggoner<br>1606 Colonial Parkway<br>Inverness, IL 60067 |
| | Cook County Treasurer<br>118 N. Clark Street<br>Chicago, IL 60602 |
| | John Thomas Akouris Investments Ltd<br>1606 Colonial Parkway<br>Inverness, IL 60067 |
| | Maria Akouris<br>1606 Colonial Parkway<br>Inverness, IL 60067 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | Chapter 11 |
| INVERNESS EQUITIES, LLC, ) | |
| ) | Case No. 13-38246 |
| Debtor. ) | |
| ) | The Honorable Donald R. Cassling |
| ) | |
| ) | Hearing Date: February 18, 2014 |
| ) | Hearing Time: 10:00 a.m. |

**DEBTOR'S COUNSEL'S APPLICATION FOR APPROVAL OF FEES AND COSTS
WITH SHORTENED NOTICE**

Debtor's former counsel, DiMonte & Lizak, LLC, by and through their attorneys Abraham Brustein, Julia Jensen Smolka and Derek D. Samz, move for entry of a final order which approves fees and costs incurred by Debtors and performed by Abraham Brustein and attorneys associated with him (hereinafter the "Attorneys") from September 20, 2013 to January 21, 2014, with notice being shortened to 19 days, not 21 days. In support of this motion ("Motion"),the Attorneys state as follows:

1. Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code on September 30, 2013 ("Petition Date").

2. No trustee has been appointed in this case. Debtor continues to operate its business as Debtor-in-Possession pursuant to the provisions of Sections 1107 and 1108 of the Bankruptcy Code.

3. Debtor owns a commercial office building located in Inverness, Cook County, Illinois, with five commercial tenants.

1

4. On October 22, 2013, this court entered the order approving the Attorneys' retention in this case. A copy of the order is attached hereto as **Exhibit A**.

5. In this Motion, the Attorneys seek approval of fees and costs performed by them as Debtor's counsel for the time period from September 20, 2013 through January 21, 2014. No previous motions to seek approval for fees and costs have been filed in this case.

### Relief Requested

6. The Attorneys request entry of an order allowing final compensation and authorizing payment in the amount of $28,020.75 for services rendered and reimbursement of expenses in the amount of $1,291.21 for the period from September 20, 2013 through January 21, 2014. A detailed itemization of services rendered and the expenses for which reimbursement is sought is set forth in **Exhibits B** and **C**, respectively.

7. The services performed by the Attorneys have been categorized for purposes of this Application, and a narrative description of the services for each category of service. The itemization of services rendered in **Exhibit B** tracks the categories described in this application.

8. There have been instances in which a service rendered by the Attorneys involves multiple categories. In those cases, the time entries have been allocated to the Case Administration category.

9. At Paragraph18 of this Application, after the narrative description of the services rendered by category, there is an itemization for each attorney or paralegal for whom compensation is sought, showing the hourly compensation rate and the amount of compensation sought for that attorney's or paralegal services.

**Summary of Services Rendered**

*Case Administration (Category 1)*

10. The category of case administration includes the following types of service:

    a. Preparation of schedules, statement of financial affairs and various lists;

    b. Preparation for and attendance at the creditors meeting, including followup conferences with the Office of the United States Trustee;

    c. Reviewing monthly operating reports with Debtor and his accountants;

    d. Conferences with Debtor concerning Chapter 11 procedures;

    e. Conferences with Debtor involving multiple issues or topics;

    f. Communicating with creditors other than those secured actively involved in the case;

    g. Filing and serving pleadings, notices, certificates and other papers and maintaining appropriate service lists;

    h. Preparation of agreements, pleadings, notices and orders regarding retention of professionals, including Attorneys;

    i. Preparation of pleadings and orders which do not fall within a separate category of service; and

    j. Miscellaneous court appearances.

11. The Attorneys have expended 15.15 hours in rendering services in this category and seek compensation in the amount of $11,108.75.

*Creditors and Claims - (Category 2)*

12. The Attorneys have prepared a response to the contested motion to modify stay. They have also had significant discussions and settlement discussions with counsel for American Enterprise Bank (the "Bank") to negotiate a possible forbearance, and when that was not possible, a deed-in-lieu of foreclosure and releases for the personal guarantors. Additionally, the Attorneys

investigated the significant property tax liability on the property for which Debtor had no idea.

13.  The Attorneys have expended 46.9 hours in rendering services in this category and seek compensation of $14,784.50.

### *Cash Collateral (Category 3)*

14.  The principal secured creditor and principal holder of an interest in cash collateral is the Bank.  During the period covered by this Application, the Attorneys evaluated the validity of the Bank's secured status and negotiated an agreement concerning use of cash collateral and adequate protection with the Bank's attorney , and the Bank's guarantor Annette Waggoner.

15.  The Attorneys have expended 7.3 hours in rendering services in this category and seek compensation in the amount of $2,127.50.

### *Attorneys and Paralegals Providing Services*

16.  The following Attorney and Paralegals rendered services to Debtor for which compensation is requested in this application:

    a.  Abraham Brustein (AEB) has been a practicing attorney in Illinois since 1976. He has specialized in debtor-creditor relations, including insolvencies, bankruptcy cases and out of court restructurings since 1978, representing both debtors and creditors.  He is the supervising attorney representing Debtor in this bankruptcy case;

    b.  Paul A. Greco (PAG) has been a practicing attorney in Illinois since 1995 and has worked under the supervision of Mr. Brustein since November of 1998; and

    c.  Julia Jensen Smolka (JEJ) has been a practicing attorney in Illinois since October 2000 and has worked under Mr. Brustein's supervision since that time in bankruptcy cases, representing both creditors and debtors.

*Expenses*

17.    As Attorneys for Debtor, the Attorneys have expended $1,266.21 for reasonable and necessary expenses incurred in connection with its representation. A list of these itemized expenses is attached hereto as **Exhibit C.** The Attorneys do not charge for (a) postage other than mailings required under Rules 2002 or 4001, (b) photocopies made within the office unless they are over two hundred pages in length, (c) long distance telephone charges or (d) sending or receiving facsimile transmissions. The Attorneys typically charge its clients a file set up fee of $25.00. It also charges its clients its costs for outside copy service, outside delivery service, Westlaw computerized research and for PACER research.

*Summary*

18.    A summary of the time expended by each Attorney and paralegal for whom compensation is requested is set forth below:

| **Attorney** | **Hours** | **Rate** | **Compensation** |
|---|---|---|---|
| Abraham Brustein (AEB) | 30.10 | $350.00 | $10,533.25 |
| Paul A. Greco (PAG) | 2.40 | $340.00 | $850.00 |
| Julia Jensen Smolka (JEJ) | 66.85 | $275.00(2013) $290.00 (2014) | $16,637.50 |

19.    In this Application, the Attorneys seek compensation based upon rates negotiated and approved by Inverness prior to the Petition Date. The Attorneys believe those rates are fair and reasonable and should be approved in considering this Application. The court may also consider the nature of the services rendered, the complexity of the legal issues presented in the case, the skill of

the attorneys rendering the services and the results obtained in determining the reasonableness of this request for compensation.

20.  There are no agreements between the Attorneys and any other person for sharing compensation which has been or will be received, except for the agreement between the law firm of DiMonte & Lizak, LLC and its constituent partners concerning compensation.

21.  Prior to the filing of the petition, Annette Waggoner paid a retainer to the Attorneys of $8,000.00.

*Notice*

22.  The Attorneys have served this Application upon all parties entitled to notice under Bankruptcy Rule 2002(a). Debtor requests the notice be shortened to 19 days from 21 days, because there is only one creditor that is not an insider. The remaining creditors are insiders, and Annette Waggoner, the primary contact for all insiders, has been given information on the fees and costs on a regular basis during the pendency of the case.

WHEREFORE, Abraham Brustein, Julia Jensen Smolka and DiMonte & Lizak, LLC request entry of an order:

A.  Granting the Attorneys compensation for services rendered as Attorneys for Debtor in the amount of $28,020.75;

B.  Granting the Attorneys an allowance for reimbursement of expenses incurred on Debtor's behalf in the amount of $1,291.21;

C.  Authorizing Debtor to immediately pay to the Attorneys $28,020.75 for services and $1,291.21 for expenses;

D.  Allowing the notice of 19 days to be adequate; and

E.  Granting such further or other relief as may be appropriate under the circumstances.


        Respectfully submitted,

        DIMONTE & LIZAK, LLC


By:    /s/ Julia Jensen Smolka
        One of Debtor's attorneys


Abraham Brustein, #327662
Julia Jensen Smolka, #6272466
Derek D. Samz,#6290656
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL 60068
847/698-9600
847/698-9623 Facsimile
abrustein@dimontelaw.com
jsmolka@dimontelaw.com
dsamz@dimontelaw.com

L:\I\INVER4-1\Motions\NOM and Counsel's Motion for Approval of Fees & Costs.wpd