UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| In Re: | ) | BK No.: 13-38246 |
|---|---|---|
| Inverness Equities, LLC | ) | |
| | ) | Chapter: 11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

# ORDER GRANTING FINAL APPLICATION
# FOR ALLOWANCE OF COMPENSATION

THIS MATTER coming before this Court on the final application of DiMonte & Lizak, LLC for allowance of compensation as attorneys for Debtor-In-Possession ("Motion"), the Court having considered the Motion and any objections, proper notice having been given, and the Court having conducted such hearing as is appropriate under the circumstances,

IT IS HEREBY ORDERED:

1. The Motion is granted;

2. The Final Application is granted.  DiMonte & Lizak, LLC is allowed $28,020.75 in final compensation and $1,291.21 in final expenses; and

3. The notice is shortened from 21 days to 19 days.

Enter: *Donald R. Cassling*

Honorable Donald R. Cassling
United States Bankruptcy Judge

Dated:  February 18, 2014

**Prepared by:**

Abraham Brustein, #0327662
Julia Jensen Smolka, #6272466
DiMonte & Lizak, LLC
216 W. Higgins Road
Park Ridge, IL  60068
847/698-9600
847/698-9623  Facsimile
abrustein@dimontelaw.com
jsmolka@dimontelaw.com